**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 24cr526-7 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Khiry Strickland, | ) | |
| | ) | |
| Defendant(s), | ) | |

**ORDER**

Initial Appearance/Arraignment proceedings held. Defendant Khiry Strickland arrested and appeared before Judge Weisman on 7/1/25 in response to a Superseding Indictment. The Court questioned and admonished defendant under oath and finds that the defendant is able to understand rights as they are reviewed. The defendant was advised of rights and the charges pending against him pursuant to Fed. R. Crim. P. 5. Attorney William Stanton's oral motion for leave to file an appearance on behalf of Defendant is granted. Enter order appointing William Stanton as counsel for defendant. Defense counsel advised the Court that defendant may have retained counsel appear but at this time he will represent defendant. The Government oral motion for detention is entered and continued. The Government's oral motion seeking relief from the ten-day notice requirement is granted as the Court finds that "it was not possible to furnish" the required information to defense counsel more than 10-days before the hearing. See 18 U.S.C. §2518(9). Detention hearing set for 7/2/25 at 1:00 p.m. before Judge Weisman. Defendant ordered to appear in person by U.S. Marshals Service for the hearing. Both sides can proceed by proffer at the detention hearing as to the charging document(s) and pretrial services report. Defendant acknowledges receipt, waives formal reading and enters a plea of not guilty as to all counts in which the defendant is named in the indictment. 16.1 (A) Conference to be held by 7/11/25. The matter is set for a status hearing before Judge Daniel 7/22/25 at 9:30 a.m. The Government's oral motion to exclude time is granted without objection. Enter excludable time from 7/1/25 to and including 7/22/25 in the interest of justice to allow both parties to continue the investigation and to prepare pretrial matters. See 18 U.S.C. §§ 3161 (h)(7)(A), (h)(7)(B)(iv), (X-T). The Government's oral motion to unseal case is granted. Case order unsealed. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings.

T: (00:10) IA T:(00:10) Arraignment

Date: July 1, 2025

_M. David Weisman_
_____
M. David Weisman
United States Magistrate Judge