**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 24cr526-7 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Khiry Strickland, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

Detention hearing held. By agreement parties proceeded by proffer. Based on the testimony and evidence presented on record and for the reasons stated on record, the Court believes that there are conditions of release that can be fashioned for defendant to be released based on what was presented before the Court. The Government's motion for detention is denied. The Government and Defendant agree on certain conditions of release proposed by Pretrial Services and as modified by the Court. Enter Condition of Release and Appearance Bond. Defendant shall be released after processing.

T: (00:50) Detention

Date: July 2, 2025

_____
M. David Weisman
United States Magistrate Judge