IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )
          v.                      )          No.  **24 CR 00526**
                                  )          Hon. JEREMY C. DANIEL
                                  )
                                  )
KHIRY STRICKLAND                  )


## <u>UNOPPOSED MOTION TO EXPAND CONDITIONS OF BOND</u>

NOW COMES the defendant, KHIRY STRICKLAND, by and through his

attorney, JAYNE A. INGLES, and moves this Honorable Court to expand the conditions

of his bond allowing him to travel outside of the Norther District of Illinois.  In support

thereof the defendant states as follows:

1. The defendant was released on or about July 2, 2025 on an unsecured $4500.00 OR bond with the condition that he not travel outside of the Norther District of Illinois.
2. The defendant has been in full compliance with Pretrial Services since his release.
3. Mr. Steele has maintained full-time employment as a delivery driver for Flammin Company, which provides catering services.
4. The defendant is requesting permission to travel to Miami, Florida to attend a wedding from November 7-November 10, 2025.
5. He is also requesting to travel to his daughter's cheerleading competitions in Kentucky from December 5-7, 2025 and Wisconsin Dells, Wisconsin from December 12-14, 2025.
6. Assistant U.S. Attorney Paul Schied has been apprised of all three requests and has no objection.
7. Pretrial Service Officer, Nicole Gibson has also been notified of these requests and has indicated that she has no objection to the travel as long as a travel itinerary is provided to Pretrial before travel commences.


WHEREFORE, the defendant prays this Honorable Court allow the above-listed

expansion to his conditions of bond.

Respectfully Submitted,

By: */s/Jayne A. Ingles*
Jayne A. Ingles

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 4, 2025 to the CM-ECF system of the United States District Court for the Northern District of Illinois for electronic delivery to all counsel of record and United States Pretrial Office, 219 S. Dearborn, 15th Floor, Chicago, Illinois.

*/s/Jayne A. Ingles*
JAYNE A. INGLES