## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.

                              Case No.: 1:24–cr–00526
                              Honorable Jeremy C. Daniel

Kejuan Bryant, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

        MINUTE entry before the Honorable Jeremy C. Daniel: The defendant's motion to modify conditions of release [127] is granted as follows: the defendant may travel to Miami, Florida from November 7 to November 10, 2025, Kentucky from December 5 to December 7, 2025, and Wisconsin Dells, Wisconsin from December 12 to December 14, 2025, provided (1) the defendant provides travel itineraries to pretrial service prior to travel and (2) pretrial services approves the travel itineraries. If pretrial services objects to a given travel itinerary, the defendant may raise the issue with the Court through the appropriate motion. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.