# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                          Case No.: 1:24–cr–00526

                                          Honorable Jeremy C. Daniel

Kejuan Bryant, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 19, 2026:

      MINUTE entry before the Honorable Jeremy C. Daniel as to Khiry Strickland: Defendant Khiry Strickland's motion to expand conditions of bond [143] is granted. Prior to travel, Mr. Strickland must provide the pretrial services officer with the names of the family members he is traveling with, where he is staying, his travel itinerary, and any other pertinent information related to travel. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.